UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00629-FDW

| | |
|---|---|
| In re: CAAMS, LLC, )<br>)<br>Debtor, )<br>)<br>AIR KIRIBATI LIMITED, )<br>)<br>Appellant, )<br>)<br>vs. )<br>)<br>CAAMS, LLC; and R. KEITH JOHNSON, )<br>CHAPTER 7 TRUSTEE, )<br>)<br>Appellees. )<br>) | ORDER |

THIS MATTER is before the Court on the parties' Consent Motion to Dismiss Appeal (Doc. No. 3). For the reasons stated in the joint motion, which is consented to and signed by counsel for all parties, it is GRANTED. This matter is hereby DISMISSED, with all applicable costs and fees to be taxed against the parties that incurred them. The Clerk's office is respectfully directed to CLOSE THE CASE and send a copy this Order to the United States Bankruptcy Court for the Western District of North Carolina to be filed in Case No. 15-31778.

IT IS SO ORDERED.

Signed: September 14, 2016

Frank D. Whitney
Chief United States District Judge