# United States District Court
# Western District of North Carolina
# Charlotte Division

In Re: CAAMS, LLC

| | | |
|---|---|---|
| Air Kiribati Limited, | ) | JUDGMENT IN CASE |
| | ) | |
| Appellant(s), | ) | 3:16cv629 |
| | ) | |
| vs. | ) | |
| | ) | |
| CAAMS, LLC; and R. Keith Johnson, Chapter 7 Trustee, | ) | |
| Appellees(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 14, 2016 Order.

September 14, 2016

_____
Frank G. Johns, Clerk
United States District Court